UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date: March 1, 2018

Case No.: 1:17 CV 2221 (SO)

Court Reporter: None

RAKESH RANJAN MD & ASSOCIATES, INC.

v.

CHARAK PHARMA PVT, LTD, *et al.*

APPEARANCES: For Plaintiff: R. Eric Guam

For Defendant: Victoria E. Beckman

PROCEEDINGS: Telephonic status conference conducted. Counsel reported that the case has settled. Dismissal entries must be filed with the Court on or before March 30, 2018. The referral for settlement conference is terminated.

s/ Michelle D. Sztul
Deputy Clerk

Time: 15 minutes.