UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAKESH RANJAN MD & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARAK PHARMA PVT. LTD., <br><br> and <br><br> CHARAK PHARMA (USA) INC., <br><br> Defendants. | Civil Action No: 1:17-cv-02221-SO <br><br> JUDGE SOLOMON OLIVER, JR. |

## STIPULATION OF DISMISSAL OF PLAINTIFF RAKESH RANJAN MD & ASSOCIATES, INC.'S CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counterclaim Defendant Rakesh Ranjan MD & Associates, Inc. ("Ranjan") and Defendants/Counterclaim Plaintiffs Charak Pharma Pvt. Ltd. and Charak Pharma (USA) Inc. (collectively "Charak Pharma") being all of the parties who have appeared in the action with regard to Ranjan's claims against Charak Pharma, stipulate to the dismissal with prejudice of Ranjan's claims against Charak Pharma.

Dated: March 15, 2018

Respectfully submitted,

/s/ Amanda H. Wilcox
R. Eric Gaum        (0066573)
regaum@hahnlaw.com
Amanda H. Wilcox  (0073832)
awilcox@hahnlaw.com
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114

*Attorneys for Plaintiff/Counterclaim Defendant Rakesh Ranjan MD & Associates, Inc.*

/s/ Victoria E. Beckman
Robert G. Schuler        (0039258)
Victoria E. Beckman      (0091896)
Kegler, Brown, Hill + Ritter Co., L.P.A.
65 E. State Street, Suite 1800
Columbus, Ohio  43215
rschuler@keglerbrown.com
vbeckman@keglerbrown.com

*Attorneys for Defendants/Counterclaim Plaintiffs Charak Pharma Pvt. Ltd. And Charak Pharma (USA) Inc.*

10032315.1

CERTIFICATE OF SERVICE

I certify that the forgoing STIPULATION OF DISMISSAL OF PLAINTIFF RAKESH RANJAN MD & ASSOCIATES, INC.'S CLAIMS was filed and served via the Court's electronic filing system on this 15th day of March, 2018, upon the following counsel of record:

Victoria E. Beckman, Esq.
Kegler, Brown, Hill & Ritter, L.P.A.
65 E. State Street, Suite 1800
Columbus, Ohio 43215
vbeckman@keglerbrown.com

*Attorneys for Defendants Charak Pharma Pvt. Ltd.
and Charak Pharma (USA) Inc.*

/s/ Amanda H. Wilcox
Counsel for Plaintiff