UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAKESH RANJAN MD & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARAK PHARMA PVT. LTD., <br><br> and <br><br> CHARAK PHARMA (USA) INC., <br><br> Defendants. | Civil Action No: 1:17-cv-02221-SO <br><br> JUDGE SOLOMON OLIVER, JR. <br><br> **IT IS SO ORDERED.** <br> /s/ Solomon Oliver, Jr. <br> United States District Judge <br> 3/19/2018 |

## STIPULATION OF DISMISSAL OF PLAINTIFF RAKESH RANJAN MD & ASSOCIATES, INC.'S CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counterclaim Defendant Rakesh Ranjan MD & Associates, Inc. ("Ranjan") and Defendants/Counterclaim Plaintiffs Charak Pharma Pvt. Ltd. and Charak Pharma (USA) Inc. (collectively "Charak Pharma") being all of the parties who have appeared in the action with regard to Ranjan's claims against Charak Pharma, stipulate to the dismissal with prejudice of Ranjan's claims against Charak Pharma.

Dated: March 15, 2018

|  | Respectfully submitted, |
|---|---|
| /s/ Amanda H. Wilcox <br> R. Eric Gaum (0066573) <br> regaum@hahnlaw.com <br> Amanda H. Wilcox (0073832) <br> awilcox@hahnlaw.com <br> HAHN LOESER & PARKS LLP <br> 200 Public Square, Suite 2800 <br> Cleveland, Ohio 44114 | /s/ Victoria E. Beckman <br> Robert G. Schuler (0039258) <br> Victoria E. Beckman (0091896) <br> Kegler, Brown, Hill + Ritter Co., L.P.A. <br> 65 E. State Street, Suite 1800 <br> Columbus, Ohio 43215 <br> rschuler@keglerbrown.com <br> vbeckman@keglerbrown.com |
| *Attorneys for Plaintiff/Counterclaim Defendant Rakesh Ranjan MD & Associates, Inc.* | *Attorneys for Defendants/Counterclaim Plaintiffs Charak Pharma Pvt. Ltd. And Charak Pharma (USA) Inc.* |

10032315.1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

RAKESH RANJAN MD & ASSOCIATES, INC.,

Plaintiff,

v.

CHARAK PHARMA PVT. LTD.,

and

CHARAK PHARMA (USA) INC.,

Defendants.

Civil Action No: 1:17-cv-02221-SO

JUDGE SOLOMON OLIVER, JR.

## STIPULATION OF DISMISSAL OF DEFENDANTS CHARAK PHARMA PVT. LTD. AND CHARAK PHARMA (USA) INC.'S COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendants/Counterclaim Plaintiffs Charak Pharma Pvt. Ltd. and Charak Pharma (USA) Inc. (hereinafter collectively "Charak") and Plaintiff/Counterclaim Defendant Rakesh Ranjan MD & Associates, Inc. (hereinafter "Ranjan"), being all of the parties who have appeared in the action with regard to Charak's claims against Ranjan, stipulate to the dismissal with prejudice of Charak's claims against Ranjan.

Respectfully submitted,

| /s/ Amanda H. Wilcox (per email authorization) | /s/ Victoria E. Beckman |
|---|---|
| R. Eric Gaum (0066573) | Robert G. Schuler (0039258) |
| regaum@hahnlaw.com | Victoria E. Beckman (0091896) |
| Amanda H. Wilcox (0073832) | Kegler, Brown, Hill + Ritter Co., L.P.A. |
| awilcox@hahnlaw.com | 65 E. State Street, Suite 1800 |
| HAHN LOESER & PARKS LLP | Columbus, Ohio 43215 |
| 200 Public Square, Suite 2800 | Phone: (614) 462-5400 |
| Cleveland, Ohio 44114 | Fax: (614) 464-2634 |
| | rschuler@keglerbrown.com |
| *Attorneys for Plaintiff/Counterclaim Defendant Rakesh Ranjan MD & Associates, Inc.* | vbeckman@keglerbrown.com |
| | *Attorneys for Defendants/Counterclaim Plaintiffs Charak Pharma Pvt. Ltd. And Charak Pharma (USA) Inc.* |